IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **GAILEN LEE DAVID,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 1:22-cv-00287 (RDA/IDD) |
| v. : | |
| : | |
| **EN POINTE PRODUCTIONS LLC, et al.,** : | |
| : | |
| **Defendants.** : | |
| _____: | |

## NOTICE OF SETTLEMENT
## AND WITHDRAW OF MOTION FOR ATTORNEYS' FEES

COMES NOW the Plaintiff, Gailen Lee David, by and through his attorneys, and hereby notifies that he has reached a settlement with Defendants Prestige Business Solutions LLC, Carrie Groenwold, Juan Albarran Marquez, and Kenneth Fields. As such, the Defendant's Motion for Attorneys' Fees, filed on October 9, 2023 (**Dkt. 155**) can and should be withdrawn. Counsel for Defendants, Stephen Stine, consents and agrees with this notice and request. As a result, Defendants Prestige Business Solutions LLC, Carrie Groenwold, Juan Albarran Marquez, and Kenneth Fields should be dismissed from this litigation.

Dated: November 16, 2023               Respectfully submitted,

/s/ David B. Vermont

_____
David Vermont (VA Bar No.: 68916)
CHARISSE HINES LAW
950 North Washington Street Suite 223C
Alexandria, VA 22314
dvermont@charissehineslaw.com
571-549-2635 office
571-933-4123 fax
*Attorney for Plaintiff Gailen Lee David*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of November 2023, a copy of the foregoing was served via Court's CM/ECF system on the following person(s):

John D. Pels
THE PELS LAW FIRM
4845 Rugby Avenue, Third Floor
Bethesda, MD 20814

Stephen Stine
THE STINE LAW FIRM, PLLC
3900 Jermantown Rd., Suite 300
Fairfax, VA 22030

Eduardo S. Garcia
1101 Wotton Parkway, Suite 700
Rockville, Maryland 20852

/s/ David Vermont

David B. Vermont