## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| **GAILEN LEE DAVID,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )    **Civil Action No.** |
| **v.** | )  **1:22-cv-00287-RDA-IDD** |
| | ) |
| **En Pointe Productions LLC,** *et al.* | ) |
| | ) |
| **Defendant.** | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## JOINT MOTION FOR AN ORDER TO TRANSFER $50,000 IN DEFENSE COUNSEL'S TRUST ACCOUNT HELD ABEYANCE

COME NOW, Defendants En Pointe Productions LLC ("EPP"), On It Media LLC ("OIM"), Robert Laurie, April Carter, Nicole Noya, More News Later Media LLC ("MNL"), Gorgon LLC ("Gorgon"), Deviant Entertainment LLC ("Deviant"), and Nikki Nutrition LLC ("NN") (collectively "Jet Set Defendants") and Plaintiff Gailen Lee David, by and through the undersigned counsel, and respectfully request the Court to order that $50,000 currently maintained in defense counsel's trust account be distributed as described below, and state as follows in support thereof:

1.     On September 14, 2023, this Court entered an order requiring that counsel for the Jet Set Defendants hold in abeyance $50,000 maintained in the attorney trust account of counsel for Jet Set Defendants pending the outcome of the Court's decision on motions for attorney's

fees. (*Docket No. 152*).

2.      Counsel has held these funds pursuant to the Court's order.

3.      Jet Set Defendants and Plaintiff have settled all pending matters among and between them.

4.      Jet Set Defendants and Plaintiff respectfully request that the Court enter and order directing counsel for Jet Set Defendants to disburse the funds held in abeyance as follows:

    a.  $40,000 payable to *The Pels Law Firm, LLC*; and

    b.  $10,000 payable to the attorney trust account for Charise Hines Law.

5.      Jet Set Defendants also file herewith a Notice of Settlement and request that their Motion for Attorneys' Fees be withdrawn.

6.      Plaintiff Gailen Lee David joins in this motion.

WHEREFORE, Jet Set Defendants and Plaintiff respectfully request that the Court grant their Motion and enter an  order directing counsel for Jet Set Defendants to disburse the funds held in abeyance as noted above.

Dated: November 30, 2023

Respectfully submitted,

THE PELS LAW FIRM                          CHARISSE HINES LAW

*/s/ Jon D. Pels*                            */s/ David Vermont*
Jon D. Pels, Esq. (VA Bar No. 39888)         Charisse L. Hines, Esq. (VA Bar No. 86354)
jpels@pelslaw.com                            chines@charissehineslaw.com
Nina Basu, Esq. (*admitted pro hac vice*)    David B. Vermont, Esq. (Virginia Bar No.
4845 Rugby Avenue,                           68916)
Third Floor                                  dvermont@charissehineslaw.com
Bethesda, MD 20814                           950 North Washington Street, Suite 223C

(301) 986-5570 (T)

(301) 986-5571 (F)

*Counsel for Defendants En Pointe Productions LLC, On It Media LLC, Robert Laurie, April Carter, Nicole Noya, More News Later* Media *LLC, Gorgon LLC, Deviant Entertainment LLC, and Nikki Nutrition LLC*

Alexandria, VA 22314

(571) 549-2635 (T)

(571) 933-4123 (F)

*Counsel for Plaintiff Gailen Lee David*

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>November 30, 2023</u>, I caused a true and correct copy of the foregoing to be filed via the Court's ECF filing system which will send a notification of such filing to all counsel of record, as well as emailing copies of sealed documents, as follows:

Charisse L. Hines, Esq. (VA Bar No. 86354)
chines@charissehineslaw.com
David B. Vermont, Esq. (Virginia Bar No. 68916)
dvermont@charissehineslaw.com
950 North Washington Street, Suite 223C
Alexandria, VA 22314
(571) 549-2635 (T)
(571) 933-4123 (F)
*Counsel for Plaintiff Gailen Lee David*

Stephen Stine, Esq. (VA Bar No. 66738)
stine@stinelaw.com
3900 Jermantown Rd., Suite 300
Fairfax, VA
(703) 934-4647 (T)
(703) 991-6559 (F)
*Counsel for Defendants Kenneth Fields, Prestige Business Solutions LLC, Carrie Groenwold, and Juan Albarran Marquez*

Eduardo S. Garcia, Esq. (VA Bar No. 90738)
egarcia@steinsperling.com
1101 Wootton Parkway
Suite 700
Rockville, MD 20852
(301) 340-2020 (T)
(301) 354-8326 (F)
*Counsel for Defendant Joan Jones*

*/s/ Jon D. Pels*
Jon D. Pels, Esq. (VA Bar No. 39888)