IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GAILEN LEE DAVID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:22-cv-00287-RDA-IDD |
| v. ) | |
| ) | |
| En Pointe Productions LLC, *et al*. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF SETTLEMENT AND WITHDRAW OF MOTION FOR ATTORNEYS' FEES COMES NOW the Plaintiff, Gailen Lee David, by and through his attorneys, and hereby notifies that he has reached a settlement with Defendants Prestige Business Solutions LLC, Carrie Groenwold, Juan Albarran Marquez, and Kenneth Fields. As such, the Defendant's Motion for Attorneys' Fees, filed on October 9, 2023 (Dkt. 155) can and should be withdrawn. Counsel for Defendants, Stephen Stine, consents and agrees with this notice and request. As a result, Defendants Prestige Business Solutions LLC, Carrie Groenwold, Juan Albarran Marquez, and Kenneth Fields should be dismissed from this litigation. Dated: November 16, 2023 R**

**NOTICE OF SETTLEMENT AND
WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES**

COME NOW, Defendants En Pointe Productions LLC, On It Media LLC, Robert Laurie, April Carter, Nicole Noya, More News Later Media LLC, Gorgon LLC, Deviant Entertainment LLC, and Nikki Nutrition LLC (collectively, "Jet Set Defendants"), and hereby notifies that Court that Jet Set Defendants and Plaintiff Gailen Lee David have reached a settlement in the above-captioned matter. As a consequence of this settlement, Jet Set

1

Defendants respectfully withdraw their pending Motion for Attorney's Fees (*Docket No. 157*).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **THE PELS LAW FIRM** |
| Dated: November 30, 2023 | /s/ *Jon D. Pels*<br>Jon D. Pels, Esq. (VA Bar No. 39888)<br>jpels@pelslaw.com<br>Nina Basu, Esq. (*admitted pro hac vice*)<br>4845 Rugby Avenue,<br>Third Floor<br>Bethesda, MD 20814<br>(301) 986-5570 (T)<br>(301) 986-5571 (F)<br>*Counsel for Defendants En Pointe Productions LLC, On It Media LLC, Robert Laurie, April Carter, Nicole Noya, More News Later Media LLC, Gorgon LLC, Deviant Entertainment LLC, and Nikki Nutrition LLC* |