IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GAILEN LEE DAVID, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-cv-00287-RDA-IDD |
| En Pointe Productions LLC, *et al.* | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendants En Pointe Productions LLC, On It Media LLC, Robert Laurie, April Carter, Nicole Noya, More News Later Media LLC, Gorgon LLC, Deviant Entertainment LLC, and Nikki Nutrition LLC ("Jet Set Defendants"), and Plaintiff Gailen Lee David's Motion to Disburse Funds, the Motion is GRANTED, and it is hereby

ORDERED that counsel for Jet Set Defendants is directed to disburse the $50,000 currently held in counsel's attorney trust account as follows:

    a. $40,000 payable to *The Pels Law Firm, LLC*; and

    b. $10,000 payable to the attorney trust account for Charise Hines Law;

and it is further

ORDERED that Jet Set Defendants' Motion for Attorneys' Fees is withdrawn.

January 3, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge

1